# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>               Plaintiff,<br><br>    v.<br><br>FELICIANO, et al.,<br><br>               Defendants. | Case No. 1:18-cv-00230-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF No. 10) |

Plaintiff Xavier Nailing ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 15, 2018.

On May 3, 2018, Plaintiff filed the instant request for entry of default against defendants. (ECF No. 10.) Plaintiff's request is premature.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains a cognizable claim

1

1 | for relief against the named defendants.

2 |     Plaintiff's complaint is currently in the screening stage and has not been served on any defendant. Accordingly, Plaintiff's request for entry of default against defendants is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **May 8, 2018**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE